AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00497 |
| Amy Schubert | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 06/24/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                         Amy Schubert                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:  06/25/2021                                                  *Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.06.25 10:51:24 -04'00'

City and state:    Washington, D.C.                     G. Michael Harvey, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/25/2021, and the person was arrested on *(date)* 07/26/2021
at *(city and state)* Crest Hill, IL.

Date: 07/27/2021                                            _____
                                                            *Arresting officer's signature*

                                                            FBI SA Thad A. Boertje
                                                            *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Amy Schubert

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00497
Assigned To : Harvey, G. Michael
Assign. Date : 06/24/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Amy Schubert_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: __06/25/2021__

Digitally signed by G. Michael Harvey
Date: 2021.06.25 10:51:24 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.           G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

AUSA Ann Marie E. Ursini (312) 697-4092

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 26 2021
MAGISTRATE JUDGE
GABRIEL A. FUENTES

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 21-cr-465-1 |
| v. | Gabriel A. Fuentes |
| AMY SCHUBERT | Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, THAD BOERTJE, appearing by telephone before United States Magistrate Judge Gabriel A. Fuentes and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that AMY SCHUBERT has been charged by Complaint in the District of Columbia with the following criminal offenses: restricted entry, in violation of Title 18, United States Code, Sections 1752(a)(1)&(2), and violent entry and disorderly conduct on Capitol grounds, in violation of Title 40, United States Code, Sections 5104(e)(2)(D)&(G).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

*/s/ Thad Boertje*
THAD BOERTJE
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me this 26th day of July, 2021.

*/s/ Gabriel A. Fuentes*
GABRIEL A. FUENTES
United States Magistrate Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KYM LOZANO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 27, 2021

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Amy Schubert<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00497<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 06/24/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Thad Boertje, Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __06/25/2021__

Digitally signed by G. Michael Harvey
Date: 2021.06.25 10:51:58 -04'00'

*Judge's signature*

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

Case: 1:21-mj-00497
Assigned To : Harvey, G. Michael
Assign. Date : 06/24/2021
Description: Complaint w/ Arrest Warrant

## STATEMENT OF FACTS

Your affiant, Thad A. Boertje, is a Special Agent with the Federal Bureau of Investigation (FBI). In my duties as a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. Currently, I am a tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

According to an anonymous tip submitted to the FBI on or about March 2, 2021, a video posted to YouTube, located at https://www.youtube.com/watch?v=PfiS8MsfSF4 ("Video"), included footage of people within the U.S. Capitol on January 6, 2021. One of the individuals inside the Capitol wore a jacket with a logo on the back for "Plumbers & Pipefitters Local Union 422 Joliet IL."

Afterward, a review of the Video, which is approximately 40 minutes in duration and titled "The Insurrection of The United States Capitol," at approximately 18 minutes and 28 seconds, revealed a white unknown female (UF) wearing a black jacket with the text "Plumbers & Pipefitters Local Union 422 Joliet IL" on the back of the jacket. At approximately 18 minutes and 14 seconds of the Video, UF appears to take a picture using a cellphone. Below are images from the Video:



Based on my experience, I have knowledge that Joliet, Illinois is within the 815 area code.

According to a query of search warrant return data, obtained through the FBI's investigation of unlawful entry into the U.S. Capitol building, six records were identified for Google accounts associated with an 815-area code and which were geolocated to the U.S. Capitol building on January 6, 2021. Two of the six records were attributed to female subscribers and one of the two female subscriber names was "Amy Schubert" with Gmail address ASCHU.0917@GMAIL.COM.

According to an open source search of AMY SCHUBERT, a Facebook account was identified with the vanity name "Amy Schubert." The account profile described Schubert as a resident of Crest Hill, IL and a graduate of Joliet Catholic Academy. SCHUBERT's profile image is included below:



According to a review of Illinois Secretary of State records, AMY L. SCHUBERT and John A. Schubert, Jr. were associated with the following images and both are residents of the same home located in Crest Hill, IL:

 

According to an open source search of Crest Hill, IL, the municipality is located approximately three miles from Joliet, IL, the location of "Plumbers & Pipefitters Local Union 422 Joliet IL" as depicted on the back of the jacket worn by UF.

Therefore, based on a comparison of AMY SCHUBERT's Facebook profile and Illinois Secretary of State images with UF in the Video, I believe AMY SCHUBERT is consistent with UF.

According to Google records, the subscriber name on ASCHU.0917@GMAIL.COM is "Amy Schubert" and the related services include Web & App Activity, Gmail, YouTube, Google Calendar, Google Photos, Google Services, Google Maps Engine, Android, Location History, Google Payments, Google My Maps, and Google Drive. The account was created on August 13, 2013.

- Two videos were taken at the times noted:

  o A video, taken at approximately 2:36 PM EST, which included the following image:

  

  o A video, taken at approximately 2:55 PM EST, which included the following image:

  

Based on a comparison of AMY SCHUBERT's Facebook profile and Illinois Secretary of State images of AMY SCHUBERT and John A. Schubert, Jr. with the images of the male with dark graying hair, a white goatee, and a grey jacket depicted in the foregoing Video, I believe that the male is John A. Schubert, Jr. and that the images were recorded by AMY SCHUBERT during the riot that occurred at the U.S. Capitol on January 6, 2021.

Based on the foregoing, your affiant submits that there is probable cause to believe that AMY SCHUBERT violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1)

knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that AMY SCHUBERT violated 40 U.S.C. § 5104(e)(2), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent Thad A. Boertje
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this __25th__ day of June 2021.

Digitally signed by G. Michael Harvey
Date: 2021.06.25 10:52:51 -04'00'

G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

On March 25, 2021, U.S. Magistrate Judge Zia M. Fauqui authorized a search warrant for ASCHU.0917@GMAIL.COM. The results of that authorized search included the following:

- A mobile device associated with ASCHU.0917@GMAIL.COM was present at the U.S. Capitol on January 6, 2021. Google estimates device location using sources including GPS data and information about nearby Wi-Fi access points and Bluetooth beacons. This location data varies in its accuracy, depending on the source(s) of the data. As a result, Google assigns a "maps display radius" for each location data point. Thus, where Google estimates that its location data is accurate to within 10 meters, Google assigns a "maps display radius" of 10 meters to the location data point. Finally, Google reports that its "maps display radius" reflects the actual location of the covered device approximately 68% of the time. In this case, Google location data shows that a device associated with ASCHU.0917@GMAIL.COM was within the U.S. Capitol on January 6, 2021 from approximately 2:22 PM EST to 3:18 PM EST.

- The following images were taken at the times noted:

    o Photo taken at approximately 2:26 PM EST:

    

- Photo taken at approximately 2:26 PM EST:



- Photo taken at approximately 2:52 PM EST:



AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| AMY SCHUBERT | ) Case No. 21 CR 465-1 |
| | ) |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____AMY SCHUBERT_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __10,000.00__ .

(   ) (3) This is a secured bond of $ _____ , secured by:

  (   ) (a) $ _____ , in cash deposited with the court.

  (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

  If this bond is secured by real property, documents to protect the secured interest may be filed of record.

  (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

  (1)   all owners of the property securing this appearance bond are included on the bond;
  (2)   the property is not subject to claims, except as described above; and
  (3)   I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date:  07/26/2021

*Amy Schubert* (SA)
*Defendant's signature*

_____      _____
Surety/property owner – printed name      Surety/property owner – signature and date

_____      _____
Surety/property owner – printed name      Surety/property owner – signature and date

_____      _____
Surety/property owner – printed name      Surety/property owner – signature and date

CLERK OF COURT

Date: 7/26/21

*Signature of Clerk or Deputy Clerk*

Approved.
Date: 7/26/21

*Judge's signature*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KYM LOZANO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
July 27, 2021

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.3.3 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:21-cr-00465-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Schubert | Date Filed: 07/26/2021 |
| Other court case number: 21-mj-497 USDC District of Columbia | |

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ KYM LOZANO
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
July 27, 2021

Assigned to: Honorable Gabriel A. Fuentes

### Defendant (1)

| | | |
|---|---|---|
| **Amy Schubert** | represented by | **Seema Ahmad**<br>Federal Defender Program<br>55 East Monroe Street<br>Unit 2800<br>Chicago, IL 60615<br>(312) 621-8300<br>Email: seema_ahmad@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.F, 18:1752.F, 40:193F.P, 40:193F.P | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Ann Marie E. Ursini**<br>United States Attorney's Office<br>Northern District of Illinois<br>Eastern Division<br>219 S. Dearborn St., 5th Floor<br>Chicago, IL 60604<br>(312) 353-5300<br>Email: annmarie.ursini@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney<br><br>**AUSA - Chicago**<br>United States Attorney's Office (NDIL - Chicago)<br>219 South Dearborn Street<br>Chicago, IL 60604<br>Email: USAILN.ECFAUSA@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>Designation: Assistant US Attorney<br><br>**Pretrial Services**<br>.<br>(312) 435-5793<br>Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov<br>*ATTORNEY TO BE NOTICED*<br>Designation: Pretrial Services |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2021 | | ARREST of defendant Amy Schubert (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Gabriel A. Fuentes as to defendant Amy Schubert (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | 2 | ORDER: Initial appearance and removal proceedings held. By agreement and consent of all parties and pursuant to the CARES Act, all parties appear by telephone conference. Defendant Amy Schubert appears in response to arrest in this district on 7/26/21 under a complaint and an arrest warrant issued in the District of Columbia. Defendant advised of charges and informed of her rights and of prosecutorial obligations per Rule 5(d) and (f), including the provisions of Rule 20, to the extent applicable. Upon initial review of the tendered financial affidavit, the Court found that Defendant is unable to afford counsel and appointed Seema Ahmad from the Federal Defender Program as counsel for Defendant for Initial Appearance and Removal hearings in this district only. Defendant waives |

| | | | |
|---|---|---|---|
| | | | the identity hearing. The Court enters a finding of identity. Defendant is further advised of her right to a Rule 5.1 preliminary examination hearing and may elect to have any preliminary examination hearing held in the District of the District of Columbia per Rule 5.1(b); defense counsel is directed to notify the Courtroom Deputy, Jenny Jauregui, in writing by sending an email and filing a status report on the Court's docket by no later than the close of business on 7/27/21 whether or not Defendant seeks a preliminary examination hearing in the Northern District of Illinois, and if she does not, the Order of Removal to the District of Columbia will be entered. In addition, on a secondary review of the tendered financial affidavit, the Court notes that the affidavit raises questions about Defendant's eligibility for court-appointed counsel. The Court will revisit that issue again if Defendant appears again in this District; otherwise, those questions are deferred to the District of the District of Columbia on removal. The Government and Defendant agree on conditions of release, which the Court accepts. Defendant is released on $10,000.00 appearance bond with conditions. Enter Order Setting Conditions of Release. Defendant is ordered released after processing. Signed by the Honorable Gabriel A. Fuentes on 7/26/2021. Mailed notice. (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | | 3 | SEALED ARREST Warrant as to Amy Schubert (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | | 4 | ORDER Appointing Counsel. Signed by the Honorable Gabriel A. Fuentes on 7/26/2021. Mailed notice. (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | | 5 | ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) as to Amy Schubert. Signed by the Honorable Gabriel A. Fuentes on 7/26/2021. Mailed notice. (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | | 6 | FINANCIAL Affidavit filed by Amy Schubert (SEALED) (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | | 7 | ATTORNEY Appearance for defendant Amy Schubert by Seema Ahmad (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | 🔒 | 8 | ORDER Setting Conditions of Release as to Amy Schubert in amount of $10,000.00, unsecured. Signed by the Honorable Gabriel A. Fuentes on 7/26/2021. Mailed notice. (kl, ) (Entered: 07/27/2021) |
| 07/26/2021 | 🔒 | 9 | Appearance Bond as to Amy Schubert in the amount of $ 10,000.00 (kl, ) (Entered: 07/27/2021) |
| 07/27/2021 | | 10 | CERTIFIED and Transmitted to USDC District of Columbia via email the complete record consisting of the transmittal letter as to Amy Schubert. (kl, ) (Entered: 07/27/2021) |