UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA

                v.                              21 CR 588

AMY SCHUBERT

MEMORANDUM IN SUPPORT OF SENTENCE

    Good people are good people.  Kind people are kind people. And Amy Schubert is both good and she is kind. She is also deeply remorseful for her conduct on January 6th, 2021.

    When Amy Schubert contacted me in July 2021 she was shocked that I answered the phone.  She was very gracious and apologetic for disturbing me at home. She was explicit about why she wished to hire me to represent John and her. Her daughter in law had read about my use of literature and history to help my clients view themselves and their actions in a more universal context.  She wanted an advocate but also an educator.

    I explained to her that she and her husband each qualified for Court Appointed Counsel and that all the panel attorneys in Washington D.C. were talented and hardworking.  She was determined to hire me because she wanted to pursue her education and to learn about a broader America.

    Mrs. Schubert started by reading history—Thomas Paine—as did her husband John.  And civics.  She then read more recent political history.  She read historical fiction.  After she finished a book, she wrote to tell me her

thoughts and what she had learned. One of her most moving e-mails after reading about the Reconstruction in America and the Holocaust in Europe truly moved me.

"I'm hesitant to intrude on your Sunday but I'm doing my reading and one word keeps repeating in my head - "humanity". I need to see people's humanity better than I have. I need to have a more compassionate, generous mindset as I view my fellow man - I need to seek out their humanity. I'm going back to my reading now." E-mail September 19, 2021.

Mrs. Schubert cast me in the role of a teacher. She and her husband John would call to discuss a book. An article. An idea. A political event. She truly has a desire to learn. To change her ideas. To become more open. To make the world a better place. Both Amy and John Schubert were very enthusiastic and cooperative agents of their own civic development.

Mrs. Amy Schubert was arrested on July 26, 2021. Upon her release she phoned me to request legal representation. She wanted to take immediate responsibility for entering the Capitol on January 6th, 2021. She did not want the Government to have to pay for her lawyer. She felt deeply responsible and truly sorry. She and John both felt that by their conduct they had forfeited the right to Court Appointed Counsel.

From day one, Mrs. Schubert has complied with her conditions of release. She has always expressed remorse and always has accepted responsibility. As she wrote to Probation Officer Gavito: PSR p. 8

"I am totally, wholly responsible for my wrong actions on January 6th. I should have stayed outside to be with other peaceful protesters. I was not part of any group. I did not participate in any violence or destruction. But it would be disingenuous of me to not accept that I was there. I did go into the Capitol. I'm very sorry I was part of something that gave the world a horrifying view of chaos. I'm ashamed of my participation. It haunts me at night. I will need to explain my actions to my grandsons some day."

Mrs. Schubert had a difficult childhood and an unhappy first marriage. However, she has overcome these adversities and has been very happily married to John Schubert for nineteen years. She has been a mother to his children and a grandmother to his grandchildren. She babysits her grandsons every week and shares joyous meals with them and their parents on the weekends.

Mrs. Schubert approaches her Sentencing with both poise and trepidation. This is her only criminal transgression. She will conform with any requirements of Probation, as she has complied with the requirements of Pre Trial Services. She is prepared to pay restitution and Court costs.

CONCLUSION

Amy Schubert sought to immediately plead guilty and accept responsibility for her actions last January 6th. She was horrified as she viewed the videos of the chaos at the Capitol which she understands her presence had fostered. She began her quest for information about what had happened in the 2020 election. About what was transpiring politically in her United States of America. She began to review mainstream news. Her family

read reports about January 6th in the Washington Post and the New York Times. She and John waited for the knock at their door.

It came in July 2021. When it came, they met with and immediately cooperated with the agents. They gave their phones to the FBI. They sought an attorney to advocate for them. And a teacher to guide them away from chaos towards a clearer appreciation of what each could do to become a better more informed citizen. Each read books. Each studied civics. And each found that the educator whom each had sought, had always been present-- when Amy or John looked at herself or himself in the hall mirror.

Amy Schubert is a good and kind woman. She deeply regrets the hysteria and misinformation that motivated her to travel to Washington last year. She has reconsidered her motivations. She has sought to educate herself. She has pursued information in the mainstream news, in history books, civics books and in historic fiction. She has sought to nurture her humanity.

She is an excellent candidate for Probation.

Respectfully submitted,

_____/s_____
Heather Shaner #273276
Attorney for Amy Schubert
1702 S Street NW
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com