Addendum

Honorable Judge Berman Jackson:

I'd like to take this opportunity to attempt to more fully explain the results, consequences and lessons from my experiences surrounding January 6th.

I've taken the time to try to educate myself more fully on facets to this country. I think it is good to ask questions, to try to grasp issues by exploring information available. I benefit from getting better at admitting I don't know everything, getting better at communicating. We all would do better to have dialogues, including discourse in our marriages, with our families, our neighbors, our co-workers. If we learn to make ourselves available to others we may not usually encounter, be good listeners, be open, ask questions we can grow and expand our own understandings. I've recently heard a phrase-"Big doors turn on tiny hinges ". Isn't that lovely? We always think "what can I do, I'm just one person", but that is NOT the way to view our input in society. We not only can facilitate change, we have an obligation by being a member of society to help improve our world. Therefore, at the encouragement and guidance of our attorney Ms. Shaner, I've devoted time to reading books and articles that I think push me along this path to greater awareness of the world and shortcomings I should not be blind to. These readings have helped me leverage my particular failure of having blinders on to motivate me to learn rather than regret. I'd like to talk a little bit about what I've read.

I read, but more accurately enjoyed, "Just Mercy" by Bryan Stevenson. It details the vast unfairness in the legal system, mostly experienced by minorities and the poor. There's many stories of the unjustly incarcerated but it's not just a rote recitation of these stories, it's meant to be a reflection and indictment of society and our own capacity for mercy. The main character is a man named Walter who is so obviously unjustly sentenced to death after a completely incorrect guilty verdict. Walter's story is a thread throughout the entire book but the narrative allows for other stories to be highlighted. We are introduced over and over to other heart-breaking examples of the justice system being horribly misused to put people, often children, in prison for far too long in far too cruel, unimaginable conditions. I am prompted as I read to re-examine views I've long held on the justice system. We should all be held accountable to ensure this system is fair across the board, whether we are directly involved in a case or not because every case does ultimately affect society. Maybe random cases should be reviewed by ordinary people to ensure another layer of accountability. The tragic figures whose stories we learn in the book managed to keep a degree of hope and dignity even though the sentence they received never accurately reflect the degree of guilt if in fact they were even guilty at all. An absolute pervasive factor in these people's lives is a degree of abuse and often neglect, most often at the hand of a parent. What kind of choices do we expect people to make when the person most tasked to take care of them fails them? Can we view each other as "works in progress " and realize lives display shades of grey? I myself now see I need to apply a more humanity-based solution to many of these problems. I think abuse of power is behind much of the cruelty outlined in this book. Repeatedly, evidence is presented on the innocence of a defendant but due to stubbornness and reluctance to admit mistakes, we forge on with the wrong narrative without being willing to admit errors. We need to let our compassion, our humanity, our search for truth rule these decisions.

It takes bravery to confront our inner shortcomings as it so obviously took bravery for these wrongly-convicted people to keep going, to keep hope. They had dignity even though nearly daily someone with more power used every opportunity to scrape away that dignity. I've thought about the humiliation some people in the book endured- what lessons do humiliation teach – who does it benefit? As a society we need to allow people to have dignity. Humiliation can only serve to dehumanize the victim and falsely inflate the perpetrator. It's not even true power, it's just more cruel abuse. I vow to see my own interactions with people as opportunities to encourage their dignity. A gentle underlying hope throughout the book was success. When the smallest of us succeed, we all share in that success. We are all better with every success even if it's not directly our own. This need not be limited to the justice system. When voices are heard, when groups previously shunned are listened to, we all succeed! I want the stories and lessons I've learned from the book to stay fresh in my mind. One poignant line in the book was that the press acquired "innocence fatigue" – the story of people being rightly released from death row had happened frequently enough that the story was "tired", no longer "sexy" enough to cover. Again, this sang to me that I don't want lessons I've learned from this book, from my personal journey, to be tired, I want them to stay in the forefront, not to fade from my mind. Another phrase from the book jumped out to me – "ungrieved suffering". Have we become a society that there's only suffering but not the necessary human emotion of grief to accompany it? Sorrow over wrongs, hurts, shared and not carried alone is where our hope lies with each other. In the book, those that helped in some way, even if that way was simple that justice could one day arrive – theses were the ones that most often received the most joy when there was a just conclusion. Again, a burden shared.

I finally understood the title of the book – it took 314 pages to crystallize the phrase "Just Mercy" into meaning. It's not even fully about <u>Walter</u> getting just mercy - it's the <u>mercy</u> Walter extended to those who deliberately caused him malicious harm. What a profound and wholly unexpected lesson.

Another book I read is "Slavery by Another Name" by Douglas A Blackmon. The sections about unionization particularly struck a chord with me. My husband John has been a union member for over 50 years and we are aware conditions for workers were much more brutal before unions were formed. However I had no idea this very form of organizing workers to have a voice could be cruelly turned against a distinctly voiceless faction of society. The black worker was specifically crushed and manipulated by company workers because - - they could. Simply put, **they could.** Company owners especially did not want their low-paid black workers to organize because this incredibly cheap labor was too "valuable" to give up.

In one instance, to crush a strike by white workers, a mine owner in Alabama simply closed the mine the white workers were trying to get upgraded safety conditions and increased pay then leased the closed mine to be worked by basically slave-wage black workers. Hey, what a win-win for the mine owner! The white unionization effort is starved out of any possibility of success but the mine still turns it's despicable profit by forcing the unrepresented black worker to continue to work for nearly nothing. If it weren't so inhumanly reprehensible you'd almost admire their genius ability to never miss a trick to

still…get…their…profit. Owners resisted stopping using this cheap black labor because it was just so darn lucrative.

Blacks had to feel at times betrayed by their own as sometimes their very own leaders such as Booker T Washington urged them to accept a lesser status. If their very own leaders encouraged this stance, what chance did they have to be recognized as equals by a society that *wasn't* in their corner? It's for all of our collective good that these sad, dark stories of our history are brought to light.

These books have made me reflect back on my own empathy. My husband and I have visited the death camps at Auschwitz and were horrified to see the endless displays of horrors we humans can inflict upon one another. A single person acting alone could not have carried out these unimaginable atrocities but other people did go along with these nightmare ideas. That makes me want to avoid being swept up again in any kind of "group-think" behavior. I take responsibility for my actions on January 6th but must not let myself be persuaded too easily by misinformed or incorrect people. John and I took a friend to the Holocaust Museum in Skokie Illinois to hear an elderly woman give a first-hand account of the terrors of the Kristallnacht incident in Germany in 1938 when Nazis burned Jewish businesses, schools, homes and close to 100 Jews were killed. I do not ever want to be part of a group that I am not 100% positive of their motives. I only recently learned about "blockbusting". I only knew "blockbuster" in terms of movies and places to rent movies. I read an article about "redlining", a way of reinforcing residential segregation designed to specifically hold down blacks from obtaining affordable mortgages

-continued-

or if mortgages were able to be secured by a black owner, the rates were so high that there might not be any money left over by the homeowner for repairs and the house fell into neglect. This "redlining" of certain neighborhood was engineered, deliberate and cruelly used to keep blacks from building a wealth legacy that others enjoyed. It affected the pride, the sense of responsibility and ownership that others that weren't blocked from homeownership never had to think twice about being privy to. This is also where "blockbusting" comes into the picture. Blockbusting is the practice of introducing black homeowners into previously all-white neighborhoods in order to spark "white flight" and the subsequent decline of house values in that particular neighborhood. This allows others to swoop in and buy the homes at reduced value – the black homeowner was used to reduce the value of a neighborhood but the ultimate winner is the investor that gets homes at a newly "affordable" rate. Does it seem like the black family was used again? It seems like it to me. I admit I do not fully understand the intricacies of redlining and blockbusting but I get the general picture. And it's not pretty.

This all brings me back to me, the person I am today as opposed to just over a year ago. I have to live with my consequences, no matter how I arrived at these consequences. I truly did not know previously a lot of what I've learned by reading books and articles. But now that I do know more, I want to inject dignity and kindness in my interactions with others, I want to hold myself to a higher standard, I want it to be a priority to make better decisions. I never want to disgrace this country again and I'm sorry for my mistake.

Amy Schubert